**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CR 03-1227-PHX-PGR |
| | )   **AMENDED** |
| Cody Lee Campillo, | )   **DETENTION ORDER** |
| Defendant. | ) |
| _____ | ) |

     **Amended detention order to reflect the correct case number on the document.**  On November 28, 2005,  defendant Cody Lee Campillo appeared before this Court on a petition for revocation of supervised release.   The Court considered the information provided to the Court, and the arguments of counsel in determining whether the defendant should be released on conditions set by the Court.

     The Court finds that the defendant, having previously been convicted and placed on supervised release, and having appeared before the Court in connection with a petition to revoke his supervised release, has failed to establish by clear and convincing evidence that he is not likely to flee or pose a danger to the safety of the community if released pursuant to 18 U.S.C. §3142(b) or (c).

1    IT IS THEREFORE ORDERED that defendant be detained pending further

2  proceedings.  18 U.S.C. §3143, Rule 46(c), and Rule 32.1(a)(6), Federal Rules of

3  Criminal Procedure.

4    DATED this 2nd day of December, 2005.

5

6

7

8    _____
        David K. Duncan
9       United States Magistrate Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28